No. D–1910. IN RE DISBARMENT OF CARANCHINI. Gwen G. Caranchini, of Kansas City, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1911. IN RE DISBARMENT OF HOUSTON. Sandra K. Houston, of Fort Worth, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1912. IN RE DISBARMENT OF GUPTON. Kevin Guy Gupton, of Sacramento, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1913. IN RE DISBARMENT OF SHELDRAKE. Warren Edward Sheldrake, of Irvington, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1914. IN RE DISBARMENT OF GURSTEL. Norman Keith Gurstel, of Minneapolis, Minn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1915. IN RE DISBARMENT OF SPEERS. Peter C. Speers III, of The Woodlands, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1916. IN RE DISBARMENT OF CAMPBELL. Ronald Kent Campbell, of Raleigh, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.